# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 2 7 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>GLADYS BABADILLA-SANTACRUZ,<br><br>　　　　　　　　Defendant. | CASE NO. 07CR1801-L<br><br><br>**JUDGMENT OF DISMISSAL** |

　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____　the Court has dismissed the case for unnecessary delay; or

____　the Court has granted the motion of the Government for dismissal; or

____　the Court has granted the motion of the defendant for a judgment of acquittal; or

____　a jury has been waived, and the Court has found the defendant not guilty; or

____　the jury has returned its verdict, finding the defendant not guilty;

__X__　of the offense(s) of: 21 USC 952 AND 960 IMPORTATION OF MARIJUANA; 18 USC 2 AIDING AND ABETTING

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/27/07

_____
WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE


·ENTERED ON _____