UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 27 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     vs.<br><br>GLADYS BABADILLA-SANTACRUZ,<br><br>                Defendant. | CASE NO. 07CR1801-L<br><br>JUDGMENT OF DISMISSAL |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____    the Court has dismissed the case for unnecessary delay; or

_____    the Court has granted the motion of the Government for dismissal; or

_____    the Court has granted the motion of the defendant for a judgment of acquittal; or

_____    a jury has been waived, and the Court has found the defendant not guilty; or

_____    the jury has returned its verdict, finding the defendant not guilty;

__X__    of the offense(s) of: 21 USC 952 AND 960 IMPORTATION OF MARIJUANA; 18 USC 2 AIDING AND ABETTING

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/27/07

_____
WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

·ENTERED ON _____